IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CYD MARIE BADON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CASE NO. 1:11-CV-00586-RC-KFG |
| | § | |
| ALPHATEC SPINE A/K/A ALPHATEC | § | |
| SUPPLY COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

### ALPHATEC SPINE, INC.'S UNOPPOSED REQUEST FOR MODIFICATION OF THE FEBRUARY 29, 2012 PROTECTIVE ORDER

TO THE HONORABLE ZACK HAWTHORN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Defendant, ALPHATEC SPINE, INC. ("Defendant"), in accordance with the Order Governing Proceedings and Directing Parties to Conduct Rule 26(f) Conference [Docket No. 7], Federal Rule of Civil Procedure 26(c), and the February 29, 2012 Protective Order, submits the following Unopposed Request for Modification of the February 29, 2012 Protective Order, as follows:

**I.**

Because Defendant contended that the disclosure of certain information or documents relevant to Plaintiff, CYD MARIE BADON's ("Plaintiff") allegations against it may be confidential and subject to the trade-secret privilege, it requested the entry of a protective order. On February 29, 2012, this Honorable Court granted Defendant's request and entered a Protective Order pursuant to Federal Rule of Civil Procedure 26(c), using the form found at the Eastern District's website.

Defendant herby requests modification of the February 29, 2012 Protective Order with respect to the sharing of Protected Documents with expert witnesses, consulting expert witnesses, and investigators, so said Protected Documents can be disclosed to said expert witnesses, consulting expert witnesses, and investigators.

Counsel for Defendant conferred with counsel for Plaintiff prior to the filing of this request, and confirmed that Plaintiff is not opposed to the filing of the same.

II.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court modify the February 29, 2012 Protective Order, so that Protected Documents can be disclosed to the parties' expert witnesses, consulting expert witnesses, and investigators, and such other and further relief, at law or in equity, to which it is justly entitled.

Dated:  May 15, 2012                     Respectfully submitted,

By: */s/ Charles B. Holm*
Charles B. Holm
State Bar No. 09900300
Holm Bambace LLP
1010 Lamar, Suite 1100
Houston, Texas 77002
(713) 652-9700 – Telephone
(713) 652-9702 – Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANT, ALPHATEC SPINE, INC.**

OF COUNSEL:

HOLM BAMBACE LLP

Kyle M. Smith
State Bar No. 24054226
1010 Lamar, Suite 1100
Houston, Texas 77002

2

(713) 652-9700 – Telephone
(713) 652-9702 – Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel-of-record on **Tuesday, May 15, 2012**, *via* CM/ECF; hand delivery; overnight courier; U.S. Mail; certified mail, return receipt requested; and/or facsimile, pursuant to the Federal Rules of Civil Procedure:

Christopher T. Kirchmer
Provost Umphrey Law Firm, L.L.P.
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
***Via CM/ECF***

                              */s/ Charles B. Holm*
                              Charles B. Holm